UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  Application for Exemption from  )    Miscellaneous Business Docket
        the Electronic Public Access Fees  )    No. 23-mc-91154-FDS
        Assoc. Professor Yonathan Arbel  )
        University of Alabama  )
        School of Law  )

## ORDER

This matter is before the Court upon the application and request by Associate Professor Yonathan Arbel for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Dr. Arbel, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Dr. Arbel has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information. Accordingly, Dr. Arbel shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court as Dr. Arbel is conducting a study on the dynamics of contract litigation with a focus on 3 NOS Codes from 2012 to 2022. The data will be processed algorithmically without compromising private information, to analyze the structure and terms of the contracts and their evolution over time.

Dr. Arbel shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

   i.    this fee exemption applies only to Dr. Arbel, and is valid only for the purposes stated above;
   ii.   this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
   iii.  by accepting this exemption, Dr. Arbel an agrees not to sell for profit any data obtained as a result of receiving this exemption;
   iv.  Dr. Arbel is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
   v.   this exemption is valid until January 1, 2024.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated:  March 3, 2023                      /s/ F. Dennis Saylor
                                             F. Dennis Saylor IV
                                             Chief Judge, United States District Court